**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Haul, | No. CIV 06-3019-PHX-SMM |
| Petitioner, | **MEMORANDUM OF DECISION AND ORDER** |
| vs. | |
| Dora Schriro, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). The matter was referred to Magistrate Judge Michelle H. Burns for a Report and Recommendation. On November 13, 2007, the Magistrate Judge filed a Report and Recommendation with this Court (Dkt. 11). On November 23, 2007, Petitioner filed his Objection (Dkt. 12) to the Report and Recommendation. After considering Judge Burns's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d

1391, 1394 (9th Cir. 1991) (citing <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983)).

### DISCUSSION[1]

Petitioner seeks relief on the grounds of ineffective assistance of counsel and the validity of his plea agreement. The magistrate judge determined that Petitioner has procedurally defaulted on a subclaim of his ineffective assistance of counsel argument, and that Petitioner had not shown "cause and prejudice" for his procedural default, nor that the failure to review the claims would result in a fundamental "miscarriage of justice." The magistrate judge also determined that Petitioner could not prevail on the merits of his remaining claims. Petitioner's ineffective assistance of counsel claim failed because Petitioner did not show deficient performance by his attorney, and Petitioner suffered no impact from the absence of a specific argument on his mental health issues. Regarding Petitioner's challenge to the validity of his plea agreement, the magistrate judge determined that Petitioner had not right to present mitigating evidence, and that the trial court adequately considered whether the plea was knowingly, intelligently, and voluntarily made. Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and the objections having been made by Petitioner thereto, the Court finds that the Magistrate Judge adequately addressed all of Petitioner's arguments. Therefore, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

### CONCLUSION

For the reasons set forth above,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Michelle H. Burns (Dkt. 11).

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Dkt. 11).

1 **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
2 (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.
3 DATED this 13th day of December, 2007.

Stephen M. McNamee
United States District Judge